IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DARRELL MADDING                                                                                   PLAINTIFF

VS.                                         CASE NO. 08-CV-1005

USA ENVIRONMENT, LP                                                                      DEFENDANT


HYDRO-KLEEN, LLC                                                                            PLAINTIFF

VS.                                         CASE NO. 08-CV-1006

USA ENVIRONMENT, LP                                                                      DEFENDANT


ORDER OF DISMISSAL

      Before the Court is a Joint Motion to Dismiss filed on behalf of all parties in the above styled and numbered cases. (Doc. No. 7). The parties advise the Court that the matters have been resolved through settlement and jointly request that the Plaintiffs' Complaints be dismissed with prejudice. Upon consideration, the Court finds that the motion should be and hereby is **granted**. IT IS THEREFORE CONSIDERED, ORDERED, AND ADJUDGED that the above styled and numbered causes be, and are hereby, **dismissed with prejudice**.

      IT IS FURTHER ORDERED that if any party desires that the terms of the settlement be a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this Order.

      The Court retains jurisdiction to vacate this Order and to reopen this matter upon cause shown that the settlement has not been completed and further litigation is necessary.

      IT IS SO ORDERED, this 18th day of September, 2008.

                                                                           /s/Harry F. Barnes
                                                                         Hon. Harry F. Barnes
                                                                         United States District Judge